**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - -X

Newton Paul

                        07 CIVIL 950 (CLB)

          Plaintiff,       JUDGMENT

   -against-

Wyeth Pharmaceuticals, Inc.,

         Defendants.
- - - - - - - - - - - - - - - - - - - -X



U.S. DISTRICT COURT FILED FEB 29 2008 S.D. W.P. OF N.Y.

    Defendant having moved for summary judgment on Plaintiff Newton Paul's employment discrimination claims on August 28, 2007, and the said motion having come before the Honorable Charles L. Brieant, United States District Judge and the Court thereafter on October 26, 2007 heard oral arguments and decision was reserved and the court thereafter on February 28, 2008, having handed down its Memorandum and Order, granting defendants' motion for summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That Defendant's motion for summary judgment is granted and this action is dismissed with prejudice.

DATED: White Plains, N.Y.
       February 29, 2008

                                     J. Michael McMahon
                                        Clerk

i:/judgment/paul.950

E.O.D.